EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

E-FILED 8/11/2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ISAAC N. ABRAMS, Trustee of The Abrams Revocable Trust Dated January 24, 1986,<br><br>    Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>    Defendants. | Case No.: C 03-03196 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF ISAAC N. ABRAMS, INDIVIDUALLY AND AS TRUSTEE OF THE ABRAMS REVOCABLE TRUST DATED JANUARY 24, 1986** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Isaac N. Abrams, individually and as Trustee of the Abrams Revocable Trust dated January 24, 1986, and Defendant Olin Corporation hereby requests that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

2062670.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Isaac N. Abrams, Trustee of the Abrams Revocable Trust dated January 24, 1986 - 1**

1  Order dismissing with prejudice all claims asserted by Plaintiff Isaac N. Abrams,
2  individually and as Trustee of the Abrams Revocable Trust dated January 24, 1986, as to
3  defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to
4  date in this action.
5  Dated: ~~June~~ AUG. 4, 2005

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile:  (408) 287-1776

Attorneys for Plaintiff Isaac N. Abrams, Trustee of the
Abrams Revocable Trust dated January 24, 1986

HUSCH & EPPENBERGER, LLC

By: ____/s/ Carol A. Rutter_____
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile:  (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile:  (408) 993-1335

Attorneys for Defendant Olin Corporation

2062670.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Isaac N. Abrams, Trustee of the Abrams Revocable Trust dated January 24, 1986 - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ISAAC N. ABRAMS, Trustee of The Abrams Revocable Trust Dated January 24, 1986, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-03196 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF ISAAC N. ABRAMS, INDIVIDUALLY AND AS TRUSTEE OF THE ABRAMS REVOCABLE TRUST DATED JANUARY 24, 1986** |

THIS MATTER coming on the motion of Plaintiff Isaac N. Abrams, individually and as Trustee of the Abrams Revocable Trust dated January 24, 1986, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiff Isaac N. Abrams, individually and as Trustee of the Abrams Revocable Trust dated January 24, 1986, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005        *Ronald M. Whyte*

2062670.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Isaac N. Abrams, Trustee of the Abrams Revocable Trust dated January 24, 1986 - 3**